FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

20 JUN -2 PM 3: 22

CLERK ___J. Hodge___
SO. DIST. OF GA.

TROY DELMAR JOHNSON,                        )
                                            )
            Plaintiff,                      )
                                            )
      v.                                    )       CV 319-038
                                            )
CHERIE PRICE, Deputy Warden of Care and )
Treatment; LIEUTENANT WILLIE CARR;          )
SERGEANT FRANKEY HICKS; OFFICER             )
SMITH; CHARLSE MITZI HALL, Director         )
of Nurses at Johnson State Prison; NURSE    )
MARILYN FANN; NURSE CONSTANCE               )
PULLINS; NURSE DEAN; and NURSE              )
PERLEAN ROGERS,                             )
                                            )
            Defendants.                     )

---

## O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** without prejudice Plaintiff's claims against Defendants Dean and Smith for

failure to timely effect service, and **DISMISSES** these two Defendants from this case. The

Court also **GRANTS** the motion to dismiss filed by the remaining seven Defendants, (doc.

no. 26), and **DISMISSES** this case. The Court **DIRECTS** the Clerk to enter an appropriate

judgment of dismissal and **CLOSE** this civil action.

SO ORDERED this _____2nd_____ day of June, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE